**FILED**

MAY 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS HAGGARD,<br><br>    Plaintiff,<br><br>v.<br><br>BEN CURRY,<br><br>    Defendant. | No. C06-07658 MJJ<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Lewis Haggard ("Petitioner") has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging multiple denials of parole by the Board of Parole Hearings in connection with his criminal sentence imposed by the California Superior Court for the County of San Mateo.

For good cause shown, it is hereby ordered that:

1. The Clerk of the Court shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon Respondent. The Clerk shall also serve a copy of this Order on Petitioner.

2. Respondent shall file and serve within sixty (60) days of the issuance of this Order, an answer showing cause why a writ of habeas corpus should not issue.

3. If Petitioner wishes to respond to the answer, he shall do so by filing and serving a traverse within thirty (30) days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: 5/7/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEWIS HAGGARD,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.
_____/

Case Number: CV06-07658 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve M. Defilippis
Picone & Defilippis, APLC
625 N. First Street
San Jose, CA 95112

Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

Dated: May 16, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk