IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEWIS HAGGARD,** | CV06-7658 MJJ |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **BEN CURRY,** | Judge: The Honorable Martin J. Jenkins |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including August 16, 2007, to file a responsive pleading in this matter. If Petitioner wishes to respond to the answer, he shall do so by filing and serving a traverse within thirty days of his receipt of the answer.

Dated: ____8/2/2007____   _____
The Honorable Martin J. Jenkins

20096210.wpd

[Proposed] Order

*Haggard v. Curry*
Case No. CV06-7658 MJJ

1