IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEWIS HAGGARD,   No. C 06-07658 SI

    Petitioner,   **ORDER REQUESTING SUPPLEMENTAL BRIEFING**

v.

BEN CURRY,

    Respondent.
_____ /

Petitioner briefly argues that the use of Dr. Livingston's psychological tests was wholly inappropriate, *see* Petition Memo at 5-6, n. 3; *see also* Petition, Ex. B at 195-196, and respondent does not address this argument in his answer. The Court directs the parties to file supplemental letter briefs of no more than three pages regarding this issue. Respondent must file and serve the supplement to his answer on or before July 3, 2008. Petitioner must file and serve the supplement to his traverse on or before July 11, 2008. The Court will not entertain further argument about claims already addressed.

**IT IS SO ORDERED.**

Dated: June 20 , 2008

SUSAN ILLSTON
United States District Judge