IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEWIS HAGGARD,                                                     No. C 06-07658 SI

        Plaintiff,                                              **ORDER STAYING CASE**

  v.

BEN CURRY,

        Defendant.
                                         /

      Currently pending before the Court is the petition for habeas corpus filed by Lewis Haggard. The Court finds that the outcome of the petition may depend on an issue currently before a Ninth Circuit *en banc* panel in the case of *Hayward v. Marshall*, 527 F.3d 797 (9th Cir. 2008); *see also Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008). **The Court therefore STAYS this case pending the outcome of *Hayward*.** Counsel are ordered to inform this Court as soon as a decision is issued in *Hayward*; a Case Management Conference will be scheduled promptly thereafter.

      **IT IS SO ORDERED.**

Dated: September 3, 2008

                                                                 SUSAN ILLSTON
                                                                 United States District Judge