IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEWIS HAGGARD,                      No. C 06-07658 SI

        Petitioner,                    **JUDGMENT**

  v.

BEN CURRY,

        Respondent.
                                      /

The petition for writ of habeas corpus is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 11, 2010

                                              SUSAN ILLSTON
                                              United States District Judge