IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS HAGGARD, | No. C 06-07658 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, | |
| Respondent.    / | |

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 1, 2013

_____
SUSAN ILLSTON
United States District Judge